UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
GERALDINA GOMEZ,

                Plaintiff,

                -against-

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
------------------------------------------------

16cv4251

ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff Geraldina Gomez seeks judicial review under 42 U.S.C. § 405(g) of a final decision of the Commissioner of Social Security denying her application for Disability Insurance Benefits ("DIB") under Title II of the Social Secrutiy Act. On September 20, 2016 this Court referred the matter to Magistrate Judge Sarah Netburn for a Report and Recommendation. Thereafter, the Commissioner of Social Security moved for judgment on the pleadings. On April 20, 2017 Magistrate Judge Netburn issued her Report and Recommendation, recommending that this Court grant the Commissioner's unopposed motion. No objections to the Report and Recommendation have been filed.

        A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). In reviewing a Report and Recommendation that has not been objected to, a court "need only satisfy itself that there is no clear error on the face of the record." Simms v. Graham, No. 09-CV-1059, 2011 WL 6072400, at *1 (S.D.N.Y. Dec. 6, 2011).

        This Court has reviewed Magistrate Judge Netburn's thorough and well-reasoned Report and Recommendation, and finds that it is not erroneous on its face. See 28 U.S.C. § 636(b)(1)(C). Accordingly, this Court adopts the Report and Recommendation in its entirety. The parties' failure to file written objections to the Report and Recommendation precludes

appellate review of this decision.  See Thomas v. Arn, 474 U.S. 140, 155 (1985).  The Clerk of

Court is directed to terminate all pending motions and mark this case as closed.


Dated: May 16, 2017
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.